**1**

FRANKLIN KNITTING MILLS, Inc., Plaintiff-Appellant, v. FASHIONIT SWEATER MILLS, Inc., Defendant-Appellee. (Circuit Court of Appeals, Second Circuit. January 5, 1925.) No. 130. Appeal from the District Court of the United States for the Southern District of New York. Harold R. Lhowe, of New York City (Edward M. Evarts, of New York City, of counsel), for appellant. Abraham J. Halprin, of New York City (William E. Warland, of New York City, of counsel), for appellee. Before ROGERS, HOUGH, and MANTON, Circuit Judges.

PER CURIAM. Decree (297 F. 247) affirmed.

═══

**2**

Isom GILLIAM v. UNITED STATES. (Circuit Court of Appeals, Sixth Circuit. October 17, 1924.) No. 4067. In Error to the District Court of the United States for the Eastern District of Kentucky; Andrew M. J. Cochran, Judge. J. F. Stewart and J. B. Adamson, both of Ashland, Ky., and B. B. Triplett, of Catlettsburg, Ky., for plaintiff in error. Sawyer A. Smith, U. S. Atty., of Covington, Ky.

PER CURIAM. Judgment of the District Court affirmed.

═══

**3**

E. HAYNES v. UNITED STATES. (Circuit Court of Appeals, Sixth Circuit. November 14, 1924.) No. 4154. In Error to the District Court of the United States for the Northern District of Ohio; John M. Killits, Judge. Garrison & Phillips, of Toledo, Ohio, for plaintiff in error. George E. Reed, Asst. U. S. Atty., of Toledo, Ohio.

PER CURIAM. Dismissed in pursuance of motion.

═══

**4**

Henry HEAD v. UNITED STATES. (Circuit Court of Appeals, Sixth Circuit. March 13, 1925.) No. 4240. In Error to the District Court of the United States for the Western District of Tennessee; J. W. Ross, Judge. R. D. Chambers, of Dyersburg, Tenn., for plaintiff in error. S. E. Murray, U. S. Atty., of Memphis, Tenn.

PER CURIAM. Ordered that the conviction under counts 1 and 2 be affirmed, that the sentences imposed under counts 1 and 3 be vacated, and that the cause be remanded for imposition of new sentences under counts 1 and 2.

═══

**5**

Mrs. Florence HIGHLAND v. UNITED STATES. (Circuit Court of Appeals, Sixth Circuit. December 1, 1924.) No. 4167. In Error to the District Court of the United States for the Western District of Tennessee; J. W. Ross, Judge. Walsh & Bell, of Memphis, Tenn., for plaintiff in error. S. E. Murray, U. S. Atty., of Memphis, Tenn.

PER CURIAM. Judgment of the District Court reversed, and cause remanded, with directions to award a new trial.

═══

**6**

Felix HONDZYNSKI v. FISHER BODY OHIO COMPANY. (Circuit Court of Appeals, Sixth Circuit. March 2, 1925.) No. 4284. In error to the District Court of the United States for the Northern District of Ohio; Paul Jones, Judge. William J. Shaver and Day & Day, all of Cleveland, Ohio, for plaintiff in error. Tolles, Hogsett, Ginn & Morley, of Cleveland, Ohio, for defendant in error.

PER CURIAM. Order dismissing writ of error pursuant to stipulation of plaintiff in error.

═══

**7**

In the Matter of the Petition of HOWLAND TOWING & TRANSPORTATION COMPANY, Inc., for Limitation of Its Liability as Owner of the Steam Tug CLARENCE P. HOWLAND, her engines, etc.; Howland Towing and Transportation Company, Inc., Appellant.* (Circuit Court of Appeals, Second Circuit. February 4, 1925.) No. 351. Appeal from the District Court of the United States for the Southern District of New York. E. C. Sherwood, of New York City (E. C. Sherwood and Clarence S. Zipp, both of New York City, of counsel), for petitioner-appellant. Lester Hand Jayne, of New York City, for appellee. Before ROGERS and MANTON, Circuit Judges.

PER CURIAM. Decree reversed on the decision of the Supreme Court in the Matter of the Petition of East River Towing Company, Inc., 45 S. Ct. 114, 69 L. Ed. ——, for limitation of liability as owner of the steam tug Edward, her engines, etc., decided December 8, 1924.

═══

**8**

Charles HUTCHINSON v. UNITED STATES. (Circuit Court of Appeals, Sixth Circuit. October 17, 1924.) No. 4068. In error to the District Court of the United States for the Eastern District of Kentucky; Andrew M. J. Cochran, Judge. J. F. Stewart and J. B. Adamson, both of Ashland, Ky., and B. B. Triplett, of Catlettsburg, Ky., for plaintiff in error. Sawyer A. Smith, U. S. Atty., of Covington, Ky.

PER CURIAM. Judgment of the District Court affirmed.